IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–01520–EWN–CBS

LANCE PAYNE, and
SHERRI PAYNE,

    Plaintiffs,

v.

POLARIS INDUSTRIES, INC.,
d/b/a POLARIS SALES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Protective Order (filed January 4, 2007; *doc. no. 20*) is **GRANTED**.

    In addition to Fed.R.Civ.P. 26(c)(2), and D.C.ColoL.CivR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.ColoL.CivR.) regarding the execution of this protective order.

    Further, prior to filing any future pleadings with the Court, parties are directed to review District of Colorado ECF Procedure V.L, for instructions on submission of a proposed order.

**DATED:**    January 4, 2007